UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Directv,
            Plaintiff,

vs                                              CV 03-5651 RHK/AJB

Jerry Weiner,
            Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 19, 2005.

                                    s/ Richard H. Kyle
                                    RICHARD H. KYLE, JUDGE
                                    U.S. DISTRICT COURT